

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2022

No. 04-22-00355-CV

**SSC WIMBERLEY OPERATING COMPANY, LLC**, Randall Morris, Bozena Mrozek,
Calvin Boutte, SavaSeniorCare Administrative and Consulting, LLC, and SSC Equity Holdings
MT, LLC,
Appellants

v.

Shellie **GOODMAN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI17165
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellee's brief was originally due August 1, 2022, however, Appellee has filed a motion requesting an additional sixty days to file the brief. We **grant in part** the motion and **order** Appellee to file the brief no later than **September 12, 2022**.

Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2022.



Michael A. Cruz,
Clerk of Court